**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER EDWARD ARTHUR, ) | No. CV 12-10404-DDP(CW) |
| ) | |
| Petitioner, ) | ORDER ACCEPTING REPORT |
| ) | AND RECOMMENDATION OF |
| v. ) | UNITED STATES |
| ) | MAGISTRATE JUDGE |
| LOUIS MILUNSIC (Warden), ) | |
| ) | |
| Respondent. ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. No written Objections to the Report have been filed. The court accepts the findings and recommendation of the Magistrate Judge. **IT IS THEREFORE ORDERED**: (1) that Respondent's motion to dismiss (docket no. 10, filed February 10, 2013) be granted; and (2) that judgment be entered dismissing the petition as moot.

DATED:   5/3/2013

_____
DEAN D. PREGERSON
United States District Judge

1