**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CHRISTOPHER EDWARD ARTHUR, | ) | No. CV 12-10404-DDP(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| LOUIS MILUNSIC (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed as moot.

DATED:   5/3/2013

_____
DEAN D. PREGERSON
United States District Judge